UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Larry Pegram | ) | **Motion and Notice** |
| Louise Annette Hayes-Pegram | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-81576 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On December 1, 2010, the Debtors' Plan was confirmed. The Confirmation Order provided that the claim of Santander Consumer USA ("Santander") secured by a 2007 Isuzu truck ("the truck") would be allowed as secured in the amount of $10,957.00 when said claim was timely filed documenting evidence of a non-preferential perfected lien on the truck. The bar date for creditors to file claims in this case was December 30, 2010. On April 21, 2011, the Debtors, through counsel, filed a claim on behalf of Santander in the amount of $10,957.00.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing the claim filed by the Debtors, through counsel, on behalf of Santander as secured in the amount of $10,957.00 with interest at the rate of 5.25% per annum in monthly installments of $226.21.

Date:  May 3, 2011                                                                s/Richard M. Hutson, II
     ltp                                                                                  Standing Trustee

-----------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before June 3, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on June 16, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  May 3, 2011                                                              OFFICE OF THE CLERK
                                                                                              U.S. Bankruptcy Court

Larry Pegram
Louise A. Hayes-Pegram
4922 Old Page Road, Apt. 504
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Santander Consumer USA
Attn: Bankruptcy Department
Post Office Box 560284
Dallas, TX 75356-0284